IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA,    )
                             )
        v.                   ) Criminal No. 09-103
                             )
RHIANNON FLEMING,            )
        Defendant.           )
```

ORDER

AND NOW, this 8th day of June, 2009, the Court having been advised that the above defendant wishes to change her plea of not guilty, entered April 1, 2009, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Monday, June 22, 2009 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Craig W. Haller,
    Assistant United States Attorney

    Phillip P. DiLucente, Esquire
    DiLucente & Tetlow, LLC
    330 Grant Street, Suite 1801
    Pittsburgh, PA 15219

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation