IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 09-103 |
| | ) |
| DAVID BEATTIE | ) |
| RHIANNON FLEMING | ) |

## ORDER

AND NOW, this 31st day of July, 2009, it is hereby,

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation be, and hereby is, approved, the specific terms of which are incorporated by reference in to this Order.

It is FURTHER ORDERED that Rhiannon Fleming's interest in the Model SKS, Norinco, 7.62x39 caliber semi automatic rifle, bearing serail number 1709356J(the Subject Firearm) be, and hereby is, forfeited to the United States.

It is FURTHER ORDERED that the forfeiture of the Subject Firearm is made part of Rhiannon Fleming's criminal judgment and incorporated into her sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

_____ J.